**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **TERESA SESNA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV184 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **CITY OF KEARNEY,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on William T. Wright's Motion to Withdraw as Counsel for the defendant, the City of Kearney (Filing No.18). Mr. Wright requests leave to withdraw because he has been appointed as district judge for the 9th Judicial District of the State of Nebraska. Following Mr. Wright's judicial oath on September 14, 2007, Mr. Wright states he will be precluded by the Code of Judicial Conduct from further practicing law. Mr. Wright states the defendant will be represented by the office of Woods & Aiken, L.L.P., 301 S. 13th Street, # 500, Lincoln NE, 68508, and in particular Terry C. Dougherty. However, the court notes no substitute counsel has yet appeared in this matter for the defendant.

    Under the circumstances, the court concludes counsel shall be given leave to withdraw as attorney for the defendant and direct that Mr. Dougherty or substitute counsel enter an appearance in this matter based upon the representation of counsel.

    **IT IS ORDERED:**

    1.    The motion of William T. Wright to withdraw as counsel for the defendant, the City of Kearney (Filing No. 18) is granted.

    2.    The defendant shall have substitute counsel enter an appearance on its behalf **on or before October 12, 2007**.

    DATED this 13th day of September, 2007.

                                  BY THE COURT:

                                  s/Thomas D. Thalken
                                  United States Magistrate Judge