# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TERESA SESNA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV184 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **CITY OF KEARNEY,** | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the court on May 2, 2008,

**IT IS ORDERED that:**

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before June 2, 2008**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3. The pretrial conference and trial are cancelled upon the representation that this case is settled.

DATED this 2nd day of May, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge