IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERESA SESNA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV184 |
| | ) | |
| v. | ) | |
| | ) | |
| KEARNEY, CITY OF, | ) | ORDER OF DISMISSAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the court on the parties' Joint Motion to Dismiss with Prejudice (Filing No 39). The court, being fully advised in the premises, finds that the motion complies with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly,

IT IS ORDERED:

1. The joint Motion for Dismissal (Filing No. 39) is approved;

2. This case is hereby dismissed with prejudice; and

3. The parties will pay their own costs.

DATED this 22nd day of May, 2008.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge